

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DG
F. #2019R01319

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 9, 2021

By ECF
The Honorable Margo K. Brodie
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Pushpesh Kumar Baid, also known as "PK Jain"
                Criminal Docket No. 21-367 (MKB)

Dear Judge Brodie:

      The government respectfully writes to request that the Court so-order the attached Stipulation and Order governing the use and distribution by the defendant of discovery material in the above-captioned case. The government requests that the Court so-order the Stipulation and Order in light of substantial third-party personal information contained in the discovery material in this case. The proposed Stipulation and Order, which has been signed by the parties, is respectfully enclosed for the Court's consideration.

                                      Respectfully submitted,

                                        JACQUELYN M. KASULIS
                                        Acting United States Attorney

           By:     /s/ David Gopstein
                        David Gopstein
                        Assistant U.S. Attorney
                        (718) 254-6153

Enclosure
cc:    Elizabeth Macedonio, Esq. (by ECF and email)