

52 Duane Street – 7th Floor – New York, NY 10007<br>
Office: 212-235-5494 • Cell: 917-533-5965 • Email: emacedonio@Yahoo.com

October 15, 2021

**Electronically Filed**

Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Pushpesh Baid<br>
21 Cr. 367 (MKB)

Dear Judge Brodie:

     With the consent of the Government, I write to request that the status conference in this case be put over for a four-to-six-week period. It is currently on the Court's calendar for October 27, 2021.

     The within adjournment is required to allow counsel additional time to review the voluminous discovery with the defendant. Mr. Baid agrees to the exclusion of time between October 27, 2021 and the date of the next conference from the speed trial clock.

     I thank Your Honor for her consideration in this matter.

                                              Respectfully submitted,

                                              *Elizabeth E. Macedonio*
                                              Elizabeth E. Macedonio
                                              *Attorney for the Defendant*
                                              *Pushpesh Baid*

All Parties - Via ECF