

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell 917-533-5965 • Email: emacedonio@Yahoo.com

December 6, 2021

**Via ECF**

Honorable Margo K. Brodie
Chief Judge – Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Pushpesh Baid
21 Cr. 367 (MKB)

Dear Judge Brodie:

With the consent of the government, this letter is written seeking an adjournment of the status conference in this case. It is currently on the Court's calendar for December 10, 2021.

The within request is made as I am engaged on trial in the Southern District of New York before the Honorable Colleen McMahon. In addition, more time is required to review the massive amount of discovery that has been produced by the government to date.

For these reasons, an adjournment is requested. Having conferred with the government the parties request, if possible, that the matter be put over to January 24 or the afternoon of January 25, 2021. Mr. Baid consent to the exclusion of time under the "speedy trial clock" until the date of the next scheduled conference.

I thank Your Honor for her consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*
Attorney for the Defendant
Pushpesh Baid

All Parties Via ECF