

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DG
F. #2019R01319

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 12, 2022

By ECF
Elizabeth E. Macedonio, Esq.
52 Duane Street
7th Floor
New York, NY 10007

        Re:    United States v. Pushpesh Kumar Baid, also known as "PK Jain"
                Criminal Docket No. 21-367 (MKB)

Dear Ms. Macedonio:

        Enclosed please find a copy of the discovery letter that was sent to you yesterday, January 11, 2022.

                                  Very truly yours,

                                  BREON PEACE
                                  United States Attorney

                      By:    /s/ David Gopstein
                                  David Gopstein
                                  Assistant U.S. Attorney
                                  (718) 254-6153

Enclosure
cc:     Clerk of the Court (MKB) (by ECF)