

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DG
F. #2019R01319

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 11, 2022

By Email and ECF
Elizabeth E. Macedonio, Esq.
52 Duane Street
7th Floor
New York, NY 10007

> Re:     United States v. Pushpesh Kumar Baid, also known as "PK Jain"
>          Criminal Docket No. 21-367 (MKB)

Dear Ms. Macedonio:

On December 17, 2021, the government produced a hard drive containing the government's fifth discovery production, Bates-Numbered DOJ-0000000001- DOJ-0001755854. As stated in the government's December 17, 2021 discovery letter, the production consisted of documents that were contained in the government's September 3, 2021 discovery production. The government made the December 17, 2021 production in order to correct a technical issue that affected the bates-numbering and ordering of documents in the September 3, 2021 production.  Below please find an index of the documents contained in the December 17, 2021 production:

| Description | Bates Range |
|---|---|
| Emails produced by the Investment Firm from accounts at the Company hosted by Zoho Corporation Pvt Ltd | DOJ-0000000001<br>-<br>DOJ-0000390697 |
| Documents produced by the Investment Firm and related to the Company from Ari Global Inc; Bank of America; Citibank NA; JP Morgan Chase NA; and individual RS. | DOJ-0000390698<br>-<br>DOJ-0000416430 |
| Documents produced by the Investment Firm (including documents re the defendant; documents re IP addresses; WhatsApp and text message communications; bank records regarding the Company; documents re transactions with the Company; contracts with the Company) | DOJ-0000416431<br>-<br>DOJ-0000442733 |

| Description | Bates Range |
|---|---|
| Bank records and spreadsheets summarizing and regarding same | DOJ-0000442734 - DOJ-0000445419 |
| Recordings and draft transcripts of calls and meetings between 10/1/2019 and 10/14/2019 | DOJ-0000445420 - DOJ-0000446624 |
| Bank records and spreadsheets regarding same | DOJ-0000446625 - DOJ-0000446751 |
| Screenshots from the Company's website | DOJ-0000446752 - DOJ-0000446779 |
| Screenshots and images related to MSBs | DOJ-0000446780 - DOJ-0000447304 |
| Records obtained from Bank of America | DOJ-0000447305 - DOJ-0000448108 |
| Records obtained from Capital One | DOJ-0000448109 - DOJ-0000448219 |
| Records obtained from Congressional Bank | DOJ-0000448220- - DOJ-0000455944 |
| Records obtained from DocuSign | DOJ-0000455945 - DOJ-0000474037 |
| Records obtained from International Financial Enterprise Bank | DOJ-0000474038 - DOJ-0000474184 |
| Records obtained from Sun Trust Bank | DOJ-0000474185 - DOJ-0000474328 |
| Documents produced by the Investment Firm | DOJ-0000474329 |

| Description | Bates Range |
|---|---|
|  | -<br>DOJ-0000474621 |
| Documents produced by the Investment Firms (including emails; documents re IP addresses; documents re transactions with the Company; information re buyers/sellers) | DOJ-0000474622<br>-<br>DOJ-0000475704 |
| Documents produced by the Investment Firm re civil lawsuits in Florida | DOJ-0000475705-<br>-<br>DOJ-0000475986 |
| April 25, 2017 email from the defendant attaching presentation re the Company | DOJ-0000475987<br>-<br>DOJ-0000476013 |
| Documents produced by the Investment Firm re civil lawsuit in Nevada | DOJ-0000476014<br>-<br>DOJ-0000476205 |
| Documents produced by the Investment Firm obtained from individual RS (including Company financial documents) | DOJ-0000476206<br>-<br>DOJ-0000476830 |
| Complaint produced by the Investment Firm from civil litigation in Florida | DOJ-0000476831<br>-<br>DOJ-0000477019 |
| Documents produced by the Investment Firm: deposition transcripts and exhibits in civil litigation in Florida (including the defendant's May 28, 2020 deposition); powerpoint re bank statements | DOJ-0000477020<br>-<br>DOJ-0000478953 |
| Documents produced by the Investment Firm: deposition transcripts in civil litigation in Florida | DOJ-0000478954<br>-<br>DOJ-0000479038 |
| Cover letter from Investment Firm re documents bates-numbered DOJ-0000390698 - DOJ-0000416430 | DOJ-0000479039<br>-<br>DOJ-0000479040 |
| Documents produced by the Investment Firm containing electronic records and communications. | DOJ-0000479041<br>-<br>DOJ-0001755843 |

| Description | Bates Range |
|---|---|
| Documents produced the Investment Firm related to the records hosted by Zoho and produced at DOJ-0000000001 - DOJ-0000390697 | DOJ-0001755844 - DOJ-0001755854 |

If you have any questions regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

BREON PEACE
United States Attorney

By:    /s/ David Gopstein
David Gopstein
Assistant U.S. Attorney
(718) 254-6153

cc:    Clerk of the Court (MKB) (by ECF)

4