

52 Duane Street – 7th Floor – New York, New York 10007<br>
Office: 212-235-5494 • Cell: 917-533-5965 • Email: emacedonio@Yahoo.com

March 18, 2022

**<u>Electronically Filed</u>**

Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Pushpesh Baid</u><br>
21 Cr. 367 (MKB)

Dear Judge Brodie:

      With the consent of the Government, I write to request a modification in Mr. Baid's bail conditions.

      Mr. Baid was released on or about February 18, 2021, after being arrested in connection with the above referenced Indictment charging him with wire fraud. He resides in the Southern District of Florida and is currently on home confinement. He is currently in New York as the Court granted a modification of his bail to allow him to meet with counsel this week.

      The undersigned was scheduled to start a trial on March 28, 2022. However, that trial has been adjourned. My schedule has thus cleared and I have additional time to meet with Mr. Baid next week. Therefore, it is respectfully requested that Mr. Baid be permitted to stay in New York until March 25, 2022. During this time, Mr. Baid will remain in the Eastern and Southern Districts of New York.

      Earlier this morning counsel reached out to Pretrial Services but as of this writing the assigned officer has not responded. In addition, while waiting for Pretrial Services to respond, I have just learned that Mr. Baid's flight to Miami this evening has been cancelled. I thank Your Honor for her consideration in this matter.

Respectfully submitted,<br>
*Elizabeth E. Macedonio*<br>
Elizabeth E. Macedonio

All Parties - Via ECF